# ELEINE C. DA SILVA
# 81 CHESTNUT STREET
# LIVINGSTON, NJ 07039
# PHONE: 732 684 1950
### Email: esilva973@gmail.com



ATTn; BANKRUPTCY COURT CLERK

CASE # 24-12207-jks

OBJECTION TO CLERK'S NOTICE OF ONE CASED DISMISSAL IN THE PAST ONE YEAR

Please accept this letter as my objection to the clerk's notice of a dismissal in the past one year.  Case # 22-15009 was dismissed by court order on 12-23-2022, this was more than one year ago.

For the above reasons, this was an error on the docket.  Please accept this letter as my objection to the clerk's notice of prior case dismissal in the past one year.  This notice was entered in error and the court should correct the docket.

Pleas correct the docket to show no prior cases as dismissed in the past one year. Case # 22-15009 was dismissed more than one year ago per court order.

Thank you,

X_____
Eleine Da Silva