Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on May 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: <br><br> Eilene DaSilva <br> *aka Eliene Silva* <br> *aka Elaine Silva* <br> *aka Eleine D Oliveira Silva* <br> *aka Eilene C Da Silva*, <br><br> Debtor. | Case No. 24-12207-JKS <br><br> Hearing Date:  May 21, 2024 at 10:00 a.m. <br><br> Judge: John K. Sherwood <br><br> Chapter 7 |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER GRANTING MOTION FOR *IN REM* RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 22, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing as the servicer for The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders CWALT, INC., Alternative Loan Trust 2006-17T1, Mortgage Pass-Through Certificates, Series 2006-17T1, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:
81 Chestnut Street South, Livingston, New Jersey 07039

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non- bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

It is further ORDERED that any future filing in any case under the Bankruptcy Code purporting to affect the Property, shall not operate as a stay against Movant, its successors or assigns, for a period of two (2) years marked from entry of the within Order; and

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

END OF ORDER